**No. 68488.**—Coles Cranes, Inc. *v.* United States, protest 62/9167 (Mobile).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained.

**No. 68489.**—Gloria Gloves, Inc., et al. *v.* United States, protests 299541–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of gloves of synthetic textile similar in use to silk gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 27, 1964

**No. 68490.**—Irving M. Sobin Chemical Co., Inc. *v.* United States, protest 62/9163 (Mobile).

Opinion by RICHARDSON, J. On the record presented, the protest was dismissed.